IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE JACKSON,<br><br>        Plaintiff,<br><br>    v.<br><br>DAVID NORRIS,<br><br>        Defendant. | Case No. 22-cv-03009-MMC<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION; DISMISSING ACTION WITH PREJUDICE** |

      Before the Court is Magistrate Judge Laurel Beeler's Report and Recommendation, filed July 10, 2014, whereby said Magistrate Judge recommends the Court dismiss the above-titled action pursuant to 28 U.S.C. § 1915(e)(2)(B). No objection to the Report and Recommendation has been filed.

      Having reviewed the matter de novo, the Court hereby ADOPTS the Report and Recommendation in its entirety.

      Accordingly, the above-titled action is hereby DISMISSED with prejudice.

      **IT IS SO ORDERED.**

Dated: June 21, 2022

MAXINE M. CHESNEY
United States District Judge